UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                                  13-mc-50271
                                                                                                    Hon. Gershwin A. Drain

                Gerald Abner
_____/

## **ORDER DENYING APPROVAL TO FILE COMPLAINTS**

      Plaintiff, Gerald Abner, is a prolific filer of frivolous complaints and has been enjoined by Judge Avern Cohn from filing complaints against any party without first seeking and obtaining leave of Court by the presiding judge. *See* Case Number 03-72721, Dkt. No. 3. The Court received a letter from Plaintiff on Friday, February 15, 2013, wherein Plaintiff requests permission to file eighteen different lawsuits against various defendants seeking damages in excess of a million dollars in each case. This request comes to the undersigned as the presiding judge on the date Plaintiff's request to file the eighteen complaints was received.

      Plaintiff failed to attach his proposed complaints with his letter, however he describes the allegations he seeks to include in these complaints. In Plaintiff's 33-page, incoherent, and rambling letter, he lists perceived wrongdoings or slights made by various individuals or corporate entities such as the National Football League, the National Basketball League and Delta Sigma Theta Sorority, among others. These proposed allegations are indecipherable and fail to meet the basic pleading requirements of Fed. R. Civ. P. 8, thus the Court DENIES Plaintiff permission to file the eighteen complaints.

      SO ORDERED.

Dated: February 21, 2013                     /s/Gershwin A Drain
                                                          Gershwin A. Drain
                                                          United States District Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

Date:  February 22, 2013.                     Tanya R Bankston
                                                          Case Manager/Deputy Clerk